RUSSELL S. HUMPHREY (SBN 208744)
HUMPHREY LAW GROUP
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
Telephone: 209-625-8976
Facsimile:  209-625-8673
Email: russell@humphreylawgroup.net
Attorney for Plaintiffs

MICHAEL F. BABITZKE, ESQ. (SNB 50048)
MICHAEL F. BABITZKE, INC.
6 South El Dorado Street, Suite 305
Stockton, CA  95202
Telephone: 209-465-5722
Facsimile:  209-465-0714
Email:  mbabitzke@sbcglobal.net
Attorney for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM HOPSON and CYNTHIA HOPSON,**  <br><br>             **Plaintiffs,**  <br><br>vs.  <br><br>**ERNEST GIANNECCHINI TRUST, ERNIE'S GENERAL STORE, INC., VAN DE POL ENTERPRISES, INC.**  <br><br>             **Defendants.** | No.  2:13-cv-1568-WBS-DAD  <br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REQUESTING CONTINUANCE OF TRIAL**  <br><br>**Trial Date:  11/25/14**  <br>**Courtroom 5**  <br>**Judge William D. Shubb** |

Plaintiffs, WILLIAM and CYNTHIA HOPSON, by and through their attorney of record Russell S. Humphrey, and Defendants, by and through their attorney of record Michael F. Babitzke, hereby stipulate to continue the trial of November 25, 2014 to March 3, 2015.

---

**STIPULATION & PROPOSED ORDER REQUESTING CONTINUANCE OF TRIAL**
**Page 1**

Plaintiff William Hopson is scheduled to undergo an unexpected surgery on November 19, 2014 at Stanford University Hospital and will be in recovery for several weeks.  Plaintiff William Hopson advised counsel he would not be able to participate in the court trial currently scheduled for November 25, 2014.  Defendants' counsel are agreeable, and stipulate, to a new trial date to accommodate Mr. Hopson's surgery and recovery.

The parties initially sought a new trial date in the end of January.  However, after counsel met and conferred it became clear the end of January would not work with counsels' trial calendars.  Because of existing trial settings in the end of January and the middle of February, counsel requests the trial proceed at the first mutually available date of March 3, 2015.

DATED:  November 19, 2014

**HUMPHREY LAW GROUP**

      */s/ Russell S. Humphrey*
By_____
     RUSSELL S. HUMPHREY

DATED:  November 19, 2014

**MICHAEL F. BABITZKE**

      */s/ Michael F. Babitzke*
By_____
     MICHAEL F. BABITZKE

# ORDER

This matter is dropped from the trial calendar, and the parties are instructed to pursue settlement negotiations.

IT IS SO ORDERED.

Dated:  November 20, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE