HUMPHREY LAW GROUP
RUSSELL S. HUMPHREY (SBN 208744)
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
Telephone: 209-625-8976
Facsimile:  209-625-8673
Email: russell@humphreylawgroup.net
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPSON and CYNTHIA HOPSON,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>ERNIE'S GENERAL STORE, INC., ERNEST GIANNECCHINI TRUST, VAN DE POL ENTERPRISES, INC., and DOES 1-5, inclusive,<br><br>　　　　　　Defendants. | No.  2:13-cv-1568-WBS<br><br>**STIPULATION FOR DISMISSAL OF ALL DEFENDANTS AND ORDER**<br><br>Complaint Filed:  07/30/2013 |

　　　IT IS HEREBY STIPULATED by and between the parties that Plaintiffs, WILLIAM and CYNTHIA HOPSON, through counsel Russell S. Humphrey, hereby requests an order dismissing, with prejudice, all defendants from the above-entitled action and the case closed. Plaintiff's request is made pursuant to FRCP 41(a)(2).

DATED:  January 8, 2016　　　　　　　　　　/s/ *Russell S. Humphrey*
　　　　　　　　　　　　　　　　　　　　　　　RUSSELL S. HUMPHREY

DATED:  January 11, 2016　　　　　　　　　/s/ *Michael F. Babitzke*
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL F. BABITZKE

IT IS SO ORDERED
Dated:  January 14, 2016　　　　　　　　　　_[signature]_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

_____
**STIPULATION & ORDER FOR DISMISSAL**